IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KEVIN KEELE, FERRELL HIX, )
and BARRY PARKER )
)
)
Plaintiff, ) No. 4:03-CV-76
)
v. )
)
THE CITY OF GRUETLI-LAAGER, )
TENNESSEE, and THE CITY OF )
PALMER, TENNESSEE )
)
)
Defendants. )

## ORDER

For the reasons set for in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ordered that the defendant's motion for summary judgment [Court File # 5] is GRANTED and this case is DISMISSED.

ENTER:

_s/ James H. Jarvis_
UNITED STATES DISTRICT JUDGE